# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

## CASE NO. 19-13368-A
_____

CATHERINE REGINA HARPER and SHANNON JONES, on behalf of themselves and those similarly situated, and JENNIFER ESSIG,
Appellants-Plaintiffs,

v.

PROFESSIONAL PROBATION SERVICES, INC.,
Appellees-Defendants.

---

On Appeal from the United States District Court for the
Northern District of Alabama
Case No. 2:17-cv-01791-ACA

---

## APPELLANTS' CERTIFICATE OF INTERESTED PERSONS/CORPORATE DISCLOSURE STATEMENT

| | |
|---|---|
| Emily C.R. Early<br>Sara Zampierin<br>Alexandra Jordan<br>SOUTHERN POVERTY LAW CENTER<br>400 Washington Avenue<br>Montgomery, AL 36130<br>Tel: 334-956-8200<br><br>*Attorneys for Appellants* | Bryan A. Grayson<br>Stephen E. Whitehead<br>Devon K. Rankin<br>LLOYD, GRAY, WHITEHEAD & MONROE, P.C.<br>880 Montclair Road, Suite 100<br>Birmingham, AL 35213<br>Tel: 205-967-8822<br><br>*Attorneys for Appellee* |

# **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

The undersigned attorneys for Appellants Catherine Harper, Shannon Jones, and Jennifer Essig hereby certify, pursuant to 11th Cir. R. 26.1-1, that the following parties have an interest in the outcome of this case:

1. Axon, Annemarie Carney – United States District Judge
2. Brooke, Samuel – Counsel for Plaintiffs/Appellants
3. City of Gardendale, Alabama
4. Early, Emily C.R. – Counsel for Plaintiffs/Appellants
5. Essig, Jennifer – Plaintiff/Appellant
6. Gomany, Kenneth – Gardendale Municipal Judge
7. Grayson, Bryan A. – Counsel for Defendant/Appellee
8. Harper, Catherine Regina – Plaintiff/Appellant
9. Jones, Shannon – Plaintiff/Appellant
10. Jordan, Alexandra – Counsel for Plaintiffs/Appellants
11. Lloyd, Gray, Whitehead & Monroe, P.C. – Firm representing Defendant/Appellee
12. Professional Probation Services, Inc. – Defendant/Appellee
13. Rankin, Devon K. – Counsel for Defendant/Appellee
14. Southern Poverty Law Center – Organization representing Plaintiffs/Appellants

15. Whitehead, Stephen E. – Counsel for Defendant/Appellee

16. Zampierin, Sara – Counsel for Plaintiffs/Appellants

The undersigned attorney further certifies, pursuant to Federal Rule of Appellate Procedure 26.1, that Plaintiffs/Appellants have no parent corporations and that no corporation directly or indirectly holds 10% or more of the ownership interest of the Appellants.

Date: September 17, 2019

/s/ Emily C.R. Early
Emily C.R. Early
*Attorneys for Appellants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. I certify that service on all parties represented by counsel who are registered CM/ECF users will be accomplished by the appellate CM/ECF system.

Date: September 17, 2019

/s/ Emily C.R. Early
Emily C.R. Early
*Attorneys for Appellants*