IN THE
UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 19-13368-A

CATHERINE REGINA HARPER and SHANNON JONES, on behalf of themselves and those similarly situated, and JENNIFER ESSIG,

Plaintiffs-Appellants,

v.

PROFESSIONAL PROBATION SERVICES, INC.,

Defendant-Appellee.

On Appeal from the United States District Court
For the Northern District of Alabama
Case No: 2:17-cv-01791-ACA

**APPELLEE PROFESSIONAL PROBATION SERVICES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
Stephen E. Whitehead (ASB-2282-T68S)
Bryan A. Grayson (ASB-8944-N65G)
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
Phone: (205) 967-8822
Fax: (205) 967-2380
*Attorneys for Defendant-Appellee*

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. R. 26.1-1, the undersigned counsel for Defendant-Appellee Professional Probation Services, Inc. ("PPS") certifies that the following persons and entities have an interest in the outcome of this appeal, No. 19-13368-A:

1. Anderson, L. Conrad IV (Counsel for Defendant City of Gardendale);

2. Axon, Honorable Annemarie Carney (United States District Judge);

3. Baggett, Sherry (City of Gardendale Municipal Court Magistrate);

4. Balch & Bingham, LLP (Firm Representing Defendant City of Gardendale);

5. Brook, Samuel Jacob (Counsel for Plaintiffs-Appellants);

6. Cook, Gregory C. (Counsel for Defendant City of Gardendale);

7. Corhern, Steven C. (Counsel for Defendant City of Gardendale);

8. Cox, Clay (President and Chief Executive Officer of PPS);

9. Cox Corrections X, LLC (Parent Company of PPS);

10. Early, Emily C.R. (Counsel for Plaintiffs-Appellants);

11. Espy, Chase T. (Counsel for Defendant City of Gardendale);

12. Essig, Jennifer (Plaintiff-Appellant);

13. Georgia Probation Management, Inc. (Subsidiary of PPS);

14. Grayson, Bryan A. (Counsel for Defendant-Appellee);

15. Gomany, Honorable Kenneth (City of Gardendale Municipal Judge);

16. Harper, Catherine Regina (Plaintiff-Appellant);

17. Hogeland, Stanley K. (Mayor of the City of Gardendale);

18. Honeycutt, Melissa (City of Gardendale City Clerk);

19. Jones, Shannon (Plaintiff-Appellant);

20. Jordan, Alexandra Marie (Counsel for Plaintiffs-Appellants);

21. Judicial Correction Services, LLC (Subsidiary of PPS);

22. Lloyd, Gray, Whitehead & Monroe (Firm Representing Defendant-Appellee);

23. Kallon, Honorable Abdul K. (United States District Judge);

24. Kinney, Richard Warren III (Counsel for Defendant Kenneth Gomany);

25. McCombs, Rachel (Former PPS Employee);

26. Northeast Georgia Probation Services, Inc. (Subsidiary of PPS);

27. Porter, James W. (Counsel for Defendant Kenneth Gomany);

28. Porter Porter & Hassinger, PC. (Firm Representing Defendant Kenneth Gomany);

29. Rankin, Devon K. (Counsel for Defendant-Appellee);

30. Southern Poverty Law Center (Organization Representing Plaintiffs-Appellants);

31. Tankersley, Will Hill (Counsel for Defendant City of Gardendale);

32. Thompson, J. Ken (Gardendale City Attorney);

33. Ward, Keith (Employee of PPS);

34. Waters, Courtney (Former PPS Employee);

35. Whitehead, Stephen E. (Counsel for Defendant-Appellee);

36. Willcox, Ginny B. (Counsel for Defendant City of Gardendale);

37. York, Thomas S. (Corporate Counsel for Defendant-Appellee);

38. Zampierin, Sara Michelle (Counsel for Plaintiffs-Appellants).

Pursuant to 11th Cir. R. 26.1-3(b), PPS certifies that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

## CORPORATE DISCLOSURE STATEMENT

PPS certifies it is a privately held corporation and is a wholly owned subsidiary of Cox Corrections X, LLC.

DATED: September 27, 2019.

    Respectfully submitted,

    By: /s **Bryan A. Grayson**
        Stephen E. Whitehead (ASB-2282-T68S)
        Bryan A. Grayson (ASB-8944-N65G)
        *Attorneys for Defendant-Appellee*
        *Professional Probation Services, Inc.*

**OF COUNSEL:**
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
Phone: (205) 967-8822
Fax: (205) 967-2380
steve@lgwmlaw.com
bgrayson@lgwmlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of September, 2019, a true and correct copy of the foregoing has been furnished either through the Court's electronic filing or by U.S. Certified Mail, postage prepaid, upon the following parties and other relevant individuals:

Emily C.R. Early
Sara Zampierin
Alexandra Jordan
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36130
Tel: 334-956-8200
*Attorneys for Appellants*

                                                      /s ***Bryan A. Grayson***
                                                      OF COUNSEL